UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DENNIS SUGGS | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-135 |
| | ) | |
| SULLIVAN COUNTY, TENNESSEE; | ) | |
| TENNESSEE DEPT. OF CORRECTION | ) | |

## MEMORANDUM

Dennis Suggs, a prisoner housed in the Bristol, Virginia jail, has filed this *pro se* civil rights action for damages under 42 U.S.C. § 1983 against two Tennessee defendants. On June 14, 2007, a copy of an order entered in this lawsuit was mailed to plaintiff at the only address he provided to the Court, but the order was returned to the Court by the postal authorities more than ten days ago, marked, "Return to Sender, Not Deliverable As Addressed, Unable to Forward." Obviously, plaintiff has failed to supply his correct address and, without it, neither the Court nor the defendants can communicate with him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE